FILED: March 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1261

(1:14-cv-01139-AJT-IDD)

_____

CHARITY CHIDINMA SWIFT

       Plaintiff - Appellant

v.

FRONTIER AIRLINES, INCORPORATED, a Colorado corporation

       Defendant - Appellee

and

JANE DOE

       Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cv-01139-AJT-IDD |
| Date notice of appeal filed in originating court: | 03/05/2015 |
| Appellant | Charity Swift |
| Appellate Case Number | 15-1261 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |