AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20150014

**MAKE CHECKS PAYABLE TO:**

Stephen C. Swift
Swift & Swift
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314-4688

Phone: (703) 418-0000
FAX:    (703) 535-8205

steve@swift.law.pro

Montgomery Court Reporting, Inc.

401 Courthouse Square
Alexandria, VA 22314

Phone:  (703) 299-4599

Tax ID:  42-1582241
rmontgomery00@comcast.net

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 03-04-2015    DATE DELIVERED: 03-04-2015

**Case Style:** 1:14-CV-01139, Swift v Frontier Airlines, Inc., et al

Transcript of the motion's hearing heard February 20, 2015, before The Honorable Anthony J. Trenga, Judge

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 25 | 4.85 | 121.25 | | | | | | | 121.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                MISC. CHARGES:

TOTAL: 121.25
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $121.25

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *R. Montgomery*    DATE: 03-04-2015

(All previous editions of this form are cancelled and should be destroyed)