**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 26, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-1261,   <u>Charity Swift v. Frontier Airlines, Inc</u>
            1:14-cv-01139-AJT-IDD

TO:   Stephen Christopher Swift
      Charity Chidinma Swift

TRANSCRIPT ORDER DUE:  March 31, 2015

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

_____

  [X] Please file the transcript order form from the 4th Circuit's website and send
      a copy to the court reporter.


Barbara H. Rowe, Deputy Clerk
804-916-2704