FILED: June 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1261
(1:14-cv-01139-AJT-IDD)

_____

CHARITY CHIDINMA EMERONYE SWIFT

   Plaintiff - Appellant

v.

FRONTIER AIRLINES, INCORPORATED, a Colorado corporation; JANE DOE

   Defendants - Appellees

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Response brief due: 06/25/2015

Any reply brief: 14 days from service of response brief.

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk