FILED: June 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1261

(1:14-cv-01139-AJT-IDD)

_____

CHARITY CHIDINMA EMERONYE SWIFT

       Plaintiff - Appellant

v.

FRONTIER AIRLINES, INCORPORATED, a Colorado corporation; JANE DOE

       Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 7/23/15.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk