RECORD NO. 15-1261

I<small>N THE</small>

# United States Court of Appeals
## F<small>OR THE</small> F<small>OURTH</small> C<small>IRCUIT</small>

CHARITY CHIDINMA EMERONYE SWIFT,

*Plaintiff-Appellant,*

v.

FRONTIER AIRLINES, INC. and JANE DOE,

*Defendants-Appellees.*

On appeal from the United States District Court
for the Eastern District of Virginia, Alexandria Division

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Stephen Christopher Swift
Charity Chidinma Emeronye Swift
S<small>WIFT</small> & S<small>WIFT,</small> A<small>TTORNEYS AT</small> L<small>AW,</small> P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
steve@swift.law.pro

*Counsel for Plaintiff-Appellant*

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

  Plaintiff-Appellant Charity Chidinma Emeronye Swift, by and through her undersigned counsel, pursuant to Rule 27 of the Local Rules of the Fourth Circuit, moves this Court for an extension of time to file her Reply Brief, of fourteen (14) days, ending on July 23, 2015. [Under the current scheduling order, she has fourteen (14) days from the date that the Response Brief of Defendants-Appellees was filed on June 25, 2015 (pursuant to a previous extension of time), i.e., until July 9, 2015, to file her Reply Brief.]  The reason asking for an extension of time is that Plaintiff-Appellant needs more time to research and prepare a reply to arguments in the Response Brief of Defendants-Appellees, especially in view of deadlines that her counsel has to meet in other cases, and a fourteen day extension of time for her Reply Brief was the *quid pro quo* for her consenting to the fourteen day extension of time for Defendants-Appellee to file their Response Brief.  Stephen Christopher Swift, counsel for Plaintiff-Appellant, conferred with Austin W. Bartlett, counsel for Defendants-Appellees, by telephone on June 26, 2015, and he consented to this motion.

Dated: June 26, 2015       Respectfully submitted,

                */s/ Stephen Christopher Swift*
                Stephen Christopher Swift
                Charity Chidinma Emeronye Swift
                Swift & Swift, Attorneys at Law, P.L.L.C.
                2121 Eisenhower Avenue, Suite 200
                Alexandria, Virginia  22314-4688
                Telephone: (703) 418-0000
                Facsimile: (703) 535-8205
                E-Mail: steve@swift.law.pro

                *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing motion with the Clerk of the United States Court of Appeals for the Fourth Circuit, using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

>*/s/ Stephen Christopher Swift*
> Stephen Christopher Swift
> Stephen Christopher Swift
> Charity Chidinma Emeronye Swift
> Swift & Swift, Attorneys at Law, P.L.L.C.
> 2121 Eisenhower Avenue, Suite 200
> Alexandria, Virginia  22314-4688
> Telephone: (703) 418-0000
> Facsimile: (703) 535-8205
> E-Mail: steve@swift.law.pro