## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 18, 2015

_____

RULE 34 NOTICE

_____

No. 15-1261,    <u>Charity Swift v. Frontier Airlines, Inc</u>
                1:14-cv-01139-AJT-IDD

This appeal has been referred to a panel of three judges so that they may review the case before scheduling oral argument for possible disposition pursuant to Rule 34 of the Federal Rules of Appellate Procedure and Fourth Circuit Local Rule 34(a). If the panel to whom this appeal has been submitted unanimously agrees that oral argument is unnecessary, the panel will issue its decision without further notice to counsel that oral argument will not be scheduled. Alternatively, if the panel determines that oral argument is warranted, counsel will receive notice that the appeal has been placed on the court's oral argument calendar.

Mellanee Hawk
Deputy Clerk