FILED: January 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1261
(1:14-cv-01139-AJT-IDD)

_____

CHARITY CHIDINMA EMERONYE SWIFT

    Plaintiff - Appellant

v.

FRONTIER AIRLINES, INCORPORATED, a Colorado corporation; JANE DOE

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK