FILED: January 29, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1261
(1:14-cv-01139-AJT-IDD)
_____

CHARITY CHIDINMA EMERONYE SWIFT

    Plaintiff - Appellant

v.

FRONTIER AIRLINES, INCORPORATED, a Colorado corporation; JANE DOE

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 1/7/16, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*